1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11   KENNY CHASE,                          | 1:14-cv-01853-EPG (PC)

12              Plaintiff,                  | ORDER DENYING MOTION FOR
                                           | APPOINTMENT OF COUNSEL
13        v.
                                           | ORDER GRANTING EXTENSION OF TIME
14   J. LOPEZ,                             | TO FILE AMENDED COMPLAINT

15              Defendant.                  | (ECF No. 13.)

16

17        On September 12, 2016, plaintiff filed a motion seeking the appointment of counsel and a

18   motion for extension of time.  (ECF No. 13.)

19   I.     MOTION FOR APPOINTMENT OF COUNSEL

20        Plaintiff does not have a constitutional right to appointed counsel in this action, Rand v.

21   Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997), and the Court cannot require an attorney to

22   represent plaintiff pursuant to 28 U.S.C. § 1915(e)(1).  Mallard v. United States District Court for

23   the Southern District of Iowa, 490 U.S. 296, 298, 109 S.Ct. 1814, 1816 (1989).  However, in

24   certain exceptional circumstances the Court may request the voluntary assistance of counsel

25   pursuant to section 1915(e)(1).  Rand, 113 F.3d at 1525.

26        Without a reasonable method of securing and compensating counsel, the Court will seek

27   volunteer counsel only in the most serious and exceptional cases.  In determining whether

28                                         1

"exceptional circumstances exist, the district court must evaluate both the likelihood of success of the merits [and] the ability of the [plaintiff] to articulate his claims *pro se* in light of the complexity of the legal issues involved." Id. (internal quotation marks and citations omitted).

Plaintiff argues that he needs counsel because he "really doesn't understand this legal mail." (ECF No. 13 at 1.)  Plaintiff also submits copies of medical records showing that he suffered injuries on July 23, 2016 including a scratch, scrape, dried blood, and swelling due to exposure to pepper spray.  (ECF No. 13 at 12-13.)  These conditions alone do not make Plaintiff's case exceptional under the Ninth Circuit's standards discussed above.  At this early stage in the proceedings, the Court cannot make a determination that Plaintiff is likely to succeed on the merits.  Plaintiff's Second Amended Complaint was dismissed on August 1, 2016, for failure to state a claim, with leave to amend.  To date, Plaintiff has not filed a Third Amended Complaint.  Thus, there is no complaint on record in this case for which the Court has found cognizable claims.  Moreover, based on the record in this case, the Court finds that Plaintiff can adequately articulate his claims and respond to court orders.  Plaintiff is advised that he is not precluded from renewing the motion for appointment of counsel at a later stage of the proceedings.

For the foregoing reasons, plaintiff's motion for the appointment of counsel shall be denied, without prejudice.

## II.     MOTION FOR EXTENSION OF TIME

Plaintiff requests an extension of time but does not indicate what deadline he wishes to extend or why he needs an extension of time.  Plaintiff merely states, "If I am late sending this back in can I get extension date?"  (ECF No. 13 at 1.)  Plaintiff has not shown good cause for the Court to grant him an extension of time.  In the future, plaintiff must provide more information in his motions, clarifying what relief he seeks and why.

In light of the fact that plaintiff's only pending deadline in this case is to file a Third Amended Complaint, the Court shall allow plaintiff additional time to do so.  However, no further extensions of time shall be granted without a showing of good cause.

\\\

\\\

**III.    CONCLUSION**

Based on the foregoing, IT IS HEREBY ORDERED that:

1.    Plaintiff's motion for appointment of counsel is DENIED, without prejudice;

2.    Plaintiff is GRANTED thirty days from the date of service of this order in which to file a Third Amended Complaint, pursuant to the Court's order of August 1, 2016; and

3.    **No further extensions of time shall be granted without a showing of good cause.**

IT IS SO ORDERED.

Dated:    **September 16, 2016**            /s/ _Erica P. Grosjean_
                                            UNITED STATES MAGISTRATE JUDGE

3